# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MUHAMMAD, DEBORAH L | § | Case No. 13-38548 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BARRY A. CHATZ_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-38548  339  Judge: 339 | Trustee Name: BARRY A. CHATZ |
| Case Name: | MUHAMMAD, DEBORAH L | Date Filed (f) or Converted (c): 01/06/14 (c) |
| | | 341(a) Meeting Date: 02/07/14 |
| For Period Ending: | 12/08/14 | Claims Bar Date: 05/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at: 7629 S. Perry, Chicago, IL | 128,850.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 8. Vehicles | 19,000.00 | 16,600.00 | | 12,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $149,100.00         $16,600.00              $12,500.00         $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR PURCHASED TRUSTEE'S RIGHT, TITLE AND INTEREST IN VEHICLE FOR $12,500; REVIEW CLAIMS; FILE TAX RETURNS; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-38548 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MUHAMMAD, DEBORAH L | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0699 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 1,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 2,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 3,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 4,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 5,000.00 |
| 03/27/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 7,000.00 | | 12,000.00 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,990.00 |
| 04/16/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 500.00 | | 12,490.00 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 17.56 | 12,472.44 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 18.54 | 12,453.90 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 17.92 | 12,435.98 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 18.49 | 12,417.49 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 18.46 | 12,399.03 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 12,500.00 | 100.97 | 12,399.03 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,500.00 | 100.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,500.00 | 100.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********9481 | 12,500.00 | 100.97 | 12,399.03 |
| | 12,500.00 | 100.97 | 12,399.03 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   12,500.00   100.97

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-38548 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MUHAMMAD, DEBORAH L | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9481 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0699 | | |
| For Period Ending: | 12/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 08, 2014 |
|---|---|---|---|---|---|---|
| Case Number: 13-38548 | | | Claim Class Sequence | | | |
| Debtor Name: MUHAMMAD, DEBORAH L | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $71.76 | $71.76 |
| 001<br>3210-00 | ALAN J. DEMARS<br>SPIEGEL & DEMARS<br>19 SOUTH LASALLE STREET<br>SUITE 902<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $909.86 | $909.86 |
| 000003B<br>040<br>5800-00 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $2,322.86 | $2,322.86 |
| 000001<br>070<br>7100-00 | PEOPLES GAS LIGHT & COKE<br>COMPANY<br>130 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601 | Unsecured | | $0.00 | $260.96 | $260.96 |
| 000004<br>070<br>7100-00 | ALLY BANK<br>C/O ALLY SERVICING LLC<br>P O BOX 130424<br>ROSEVILLE, MN 55113 | Unsecured | | $0.00 | $6,944.23 | $6,944.23 |
| 000006<br>070<br>7100-00 | PRAIRIE ANESTHESIA LLC<br>C/O CERTIFIED SERVICES INC<br>POB 177<br>WAUKEGAN, IL 60079-0177 | Unsecured | | $0.00 | $2,105.41 | $2,105.41 |
| 000007<br>070<br>7100-00 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $0.00 | $3,247.95 | $3,247.95 |
| 00002B<br>070<br>7100-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $740.00 | $740.00 |
| 00003C<br>070<br>7100-00 | DEPARTMENT OF THE TREASURY | Unsecured | | $0.00 | $68.94 | $68.94 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 08, 2014 |

Case Number: 13-38548  
Debtor Name: MUHAMMAD, DEBORAH L  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002A 050 4800-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Secured | | $0.00 | $1,434.00 | $1,434.00 |
| 000003A 050 4300-00 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Secured | | $0.00 | $8,341.02 | $8,341.02 |
| 000005 050 4110-00 | JPMORGAN CHASE BANK, NA ATTN: CORRESPONDENCE MAIL MAIL CODE LA4-5555 700 KANSAS LANE MONROE, LA 71203 | Secured | | $0.00 | $280,451.69 | $280,451.69 |
| | Case Totals: | | | $0.00 | $308,898.68 | $308,898.68 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-38548  
Case Name: MUHAMMAD, DEBORAH L  
Trustee Name: BARRY A. CHATZ  

    Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ | $ |
| 000003A | DEPARTMENT OF THE TREASURY | $ | $ | $ | $ |

    Total to be paid to secured creditors      $_____

    Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: ALAN J. DEMARS | $ | $ | $ |
| Attorney for Trustee Expenses: ALAN J. DEMARS | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to priority creditors                                    $_____

Remaining Balance                                                               $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PEOPLES GAS LIGHT & COKE COMPANY | $ | $ | $ |
| 000004 | ALLY BANK | $ | $ | $ |
| 000006 | PRAIRIE ANESTHESIA LLC | $ | $ | $ |
| 000007 | MERRICK BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 00003C | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

   Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE