UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: § 
§
MUHAMMAD, DEBORAH L § Case No. 13-38548
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, January 27, 2015 in Courtroom 615, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/16/2014    By: /s/ Barry A. Chatz, Trustee
                                Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 13-38548-JSB
Deborah L Muhammad                                                             Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2          Date Rcvd: Dec 17, 2014
                              Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2014.
db              +Deborah L Muhammad,    7629 S. Perry,    Chicago, IL 60620-1027
21053244        +Assistant Attorney General,    Tax Division,    P.O. Box 55 Ben Franklin Station,
                  Washington, DC 20044-0055
21053246        +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21053248        +First Usa,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
21142563         Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                  Chicago, IL 60664-0338
21854004        +Innovative Bank,    360 14th Street,    Oakland, CA 94612-3200
21334105        +JPMorgan Chase Bank, NA,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                  Monroe, LA 71203-4774
21104863         JPMorgan Chase Bank, National Association,    Cari A. Kauffman,    P.O. Box 165028,
                  Columbus OH 43216-5028
21854005         Mercy Hospital & Medical Center,    POB 97171,    Chicago, IL 60678-7171
21137868        +PEOPLES GAS LIGHT & COKE COMPANY,    130 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6207
21053253        +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                  Chicago, IL 60601-6207
21854017        +Peoples Gas Light & Coke Company,    130 E Randolph Drive,    Chicago IL 60601-6207
21053254        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
21053255        +State of Illinois Dept. of Revenue,    PO Box 19035,    Springfield, IL 62794-9035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21237630         +E-mail/Text: ally@ebn.phinsolutions.com Dec 18 2014 00:48:01      Ally Bank,
                  c/o Ally Servicing LLC,    P O Box 130424,    Roseville, MN 55113-0004
21053243         +E-mail/Text: ally@ebn.phinsolutions.com Dec 18 2014 00:48:01      Ally Financial,
                  Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
21053245         +E-mail/Text: contact@csicollects.com Dec 18 2014 00:50:38       Certified Services Inc,
                  1733 Washington St Ste 2,    Waukegan, IL 60085-5192
21053247          E-mail/Text: cio.bncmail@irs.gov Dec 18 2014 00:48:32      Department of the Treasury,
                  Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
21854003         +E-mail/Text: compliance@rentcollectglobal.com Dec 18 2014 00:50:40
                  I.Q. Datat International Inc.,    POB 2130,    Everett, WA 98213-0130
21858400          E-mail/Text: bkr@cardworks.com Dec 18 2014 00:47:48       MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
21053252         +E-mail/Text: bkr@cardworks.com Dec 18 2014 00:47:48       Merrick Bank,    Po Box 9201,
                  Old Bethpage, NY 11804-9001
21688267          E-mail/Text: contact@csicollects.com Dec 18 2014 00:50:38       Prairie Anesthesia LLC,
                  c/o Certified Services Inc,    POB 177,    Waukegan, IL 60079-0177
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21053250*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,
                  230 S. Dearborn St.,   Chicago, IL 60604)
21053249*         Internal Revenue Serivce,    P.O. Box 7346,    Philadelphia, PA 19101-7346
21053251*        +Internal Revenue Service,    Official Bankruptcy Address,    PO Box 7317,
                  Philadelphia, PA 19101-7317
21854006*        +Merrick Bank,    POB 9201,    Old Bethpage, NY 11804-9001
21854007*        +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                  Chicago, IL 60601-6207
21854008*        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
                                                                                     TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lhuley              Page 2 of 2            Date Rcvd: Dec 17, 2014
                              Form ID: pdf006           Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2014 at the address(es) listed below:

        Allan J DeMars   on behalf of Trustee Barry A Chatz alland1023@aol.com
        Barry A Chatz   bachatz@arnstein.com,
       bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
        Ernesto D Borges   on behalf of Debtor Deborah L Muhammad notice@billbusters.com,
       billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Tyree V Wright   on behalf of Debtor Deborah L Muhammad notice@billbusters.com,
       twright@billbusters.com;billbusters@bestclientinc.com;BillBusters@ecf.inforuptcy.com
                                                                                                                                                  TOTAL: 5