# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                    §
                                          §
DEBORAH L MUHAMMAD              §        Case No. 13-38548
                                          §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 113,850.00 *(Without deducting any secured claims)* | Assets Exempt: 18,650.00 |
| Total Distributions to Claimants: 9,417.41 | Claims Discharged Without Payment: 254,386.56 |
| Total Expenses of Administration: 3,082.59 | |

3) Total gross receipts of $ 12,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 224,093.00 | $ 9,775.02 | $ 9,775.02 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,082.59 | 3,082.59 | 3,082.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,231.62 | 2,322.86 | 2,322.86 | 2,322.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,789.00 | 13,367.49 | 13,367.49 | 7,094.55 |
| **TOTAL DISBURSEMENTS** | $ 248,113.62 | $ 28,547.96 | $ 28,547.96 | $ 12,500.00 |

4)  This case was originally filed under chapteron  09/30/2013 , and it was converted to chapter 7 on  01/06/2014 .  The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/18/2015            By:/s/BARRY A. CHATZ
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles | 1129-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | $ 12,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 224,093.00 | NA | NA | 0.00 |
| 3A | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 8,341.02 | 8,341.02 | 0.00 |
| 2A | ILLINOIS DEPARTMENT OF REVENUE | 4800-000 | NA | 1,434.00 | 1,434.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 224,093.00 | $ 9,775.02 | $ 9,775.02 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BARRY A. CHATZ | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TRUSTEE BARRY A. CHATZ | 2200-000 | NA | 71.76 | 71.76 | 71.76 |
| BANK OF NEW YORK  MELLON | 2600-000 | NA | 100.97 | 100.97 | 100.97 |
| ALAN DEMARS | 3210-000 | NA | 900.00 | 900.00 | 900.00 |
| ALAN DEMARS | 3220-000 | NA | 9.86 | 9.86 | 9.86 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,082.59 | $ 3,082.59 | $ 3,082.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | | 2,341.29 | NA | NA | 0.00 |
| | State of Illinois Dept. of Revenue PO Box 19035 Springfield, IL 62794 | | 890.33 | NA | NA | 0.00 |
| 3B | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 2,322.86 | 2,322.86 | 2,322.86 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 3,231.62 | $ 2,322.86 | $ 2,322.86 | $ 2,322.86 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 6,944.00 | NA | NA | 0.00 |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | 688.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | 1,453.00 | NA | NA | 0.00 |
| | First Usa Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Merrick Bank Po Box 9201 Old Bethpage, NY 11804 | | 3,261.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 263.00 | NA | NA | 0.00 |
| | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | 8,180.00 | NA | NA | 0.00 |
| 4 | ALLY BANK | 7100-000 | NA | 6,944.23 | 6,944.23 | 3,685.52 |
| 3C | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 68.94 | 68.94 | 36.59 |
| 2B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 740.00 | 740.00 | 392.74 |
| 7 | MERRICK BANK | 7100-000 | NA | 3,247.95 | 3,247.95 | 1,723.79 |
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | NA | 260.96 | 260.96 | 138.50 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | PRAIRIE ANESTHESIA LLC | 7100-000 | NA | 2,105.41 | 2,105.41 | 1,117.41 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,789.00 | $ 13,367.49 | $ 13,367.49 | $ 7,094.55 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 13-38548 | JSB | Judge: | Janet S. Baer | | Trustee Name: | BARRY A. CHATZ |

Case Name:  DEBORAH L MUHAMMAD

For Period Ending:  09/18/2015

Date Filed (f) or Converted (c):  01/06/2014 (c)

341(a) Meeting Date:  02/07/2014

Claims Bar Date:  05/14/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Estate located at: 7629 S. Perry, Chicago, IL | 128,850.00 | 0.00 | | 0.00 | FA |
| 2.  Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3.  Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 4.  Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5.  Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Vehicles | 19,000.00 | 16,600.00 | | 12,500.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $149,100.00 | $16,600.00 | | $12,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR PURCHASED TRUSTEE'S RIGHT, TITLE AND INTEREST IN VEHICLE FOR $12,500; REVIEW CLAIMS; FILE TAX RETURNS; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 01/27/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-38548
Case Name: DEBORAH L MUHAMMAD

Taxpayer ID No: XX-XXX0699
For Period Ending: 09/18/2015

Trustee Name: BARRY A. CHATZ
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX9481
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,000.00 | | $1,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,000.00 | | $2,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,000.00 | | $3,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,000.00 | | $4,000.00 |
| 02/25/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $1,000.00 | | $5,000.00 |
| 03/27/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $7,000.00 | | $12,000.00 |
| 04/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $10.00 | $11,990.00 |
| 04/16/14 | 8 | DEBORAH MUHAMMAD | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $500.00 | | $12,490.00 |
| 05/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $17.56 | $12,472.44 |
| 06/06/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $18.54 | $12,453.90 |
| 07/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $17.92 | $12,435.98 |
| 08/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $18.49 | $12,417.49 |
| 09/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $18.46 | $12,399.03 |
| 01/27/15 | 300001 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Trustee Compensation | 2100-000 | | $2,000.00 | $10,399.03 |
| 01/27/15 | 300003 | DEMARS, ALAN SPIEGEL & DEMARS 19 SOUTH LASALLE STREET SUITE 902 CHICAGO, IL  60603 | Attorney for Trustee Fees (Other Fi | | | $909.86 | $9,489.17 |
| | | DEMARS, ALAN | ($900.00) | 3210-000 | | | |

Page Subtotals:  $12,500.00   $3,010.83

UST Form 101-7-TDR (10/1/2010) (Page: 9)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-38548 | Trustee Name: BARRY A. CHATZ | |
| Case Name: DEBORAH L MUHAMMAD | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX9481 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX0699 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 09/18/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | DEMARS, ALAN | ($9.86) | 3220-000 | | | |
| 01/27/15 | 300002 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Trustee Expenses | 2200-000 | | $71.76 | $9,417.41 |
| 01/27/15 | 300004 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Claim 000003B, Payment 100.00% | 5800-000 | | $2,322.86 | $7,094.55 |
| 01/27/15 | 300005 | PEOPLES GAS LIGHT & COKE COMPANY 130 EAST RANDOLPH STREET CHICAGO, ILLINOIS 60601 | Claim 000001, Payment 53.07% | 7100-000 | | $138.50 | $6,956.05 |
| 01/27/15 | 300006 | ALLY BANK C/O ALLY SERVICING LLC P O BOX 130424 ROSEVILLE, MN 55113 | Claim 000004, Payment 53.07% (4-1) 2008 TOYOTA TUNDRA    VIN/HIN: 5TBRT54198S460208 | 7100-000 | | $3,685.52 | $3,270.53 |
| 01/27/15 | 300007 | PRAIRIE ANESTHESIA LLC C/O CERTIFIED SERVICES INC POB 177 WAUKEGAN, IL 60079-0177 | Claim 000006, Payment 53.07% | 7100-000 | | $1,117.41 | $2,153.12 |
| 01/27/15 | 300008 | MERRICK BANK RESURGENT CAPITAL SERVICES PO BOX 10368 GREENVILLE, SC 29603-0368 | Claim 000007, Payment 53.07% | 7100-000 | | $1,723.79 | $429.33 |
| 01/27/15 | 300009 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTIONP.O. BOX 64338CHICAGO, IL 60664-0338 | Claim 00002B, Payment 53.07% | 7100-000 | | $392.74 | $36.59 |
| 01/27/15 | 300010 | DEPARTMENT OF THE TREASURY | Claim 00003C, Payment 53.08% | 7100-000 | | $36.59 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $12,500.00 | $12,500.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Page Subtotals: | | $0.00 | $9,489.17 |

Case 13-38548   Doc 54   Filed 10/21/15   Entered 10/21/15 14:26:49   Desc Main
Document      Page 11 of 12

|  | | |
|---|---|---|
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9481 - Checking Account (Non-Interest Earn | $12,500.00 | $12,500.00 | $0.00 |
| | $12,500.00 | $12,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,500.00 |
| Total Gross Receipts: | $12,500.00 |

Page Subtotals:                                    $0.00            $0.00